**No. 47211.**—Protest 30811–K of Park & Tilford Import Corp. (New York).

Opinion by KEEFE, J. At the trial the official papers forwarded by the collector were received in evidence and the case was submitted. Upon examination of the papers in the case the court found nothing sufficient to disturb the action of the collector which was held presumptively correct.